UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: 19 CR 00271-MWF    Defendant Number: 1
U.S.A. v. Jeffrey Craig Yohai    Year of Birth: 1981
[ ] Indictment  [✓] Information    Investigative agency (FBI, DEA, etc.): FBI

NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: 2017 through October 2018

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles   [ ] Ventura
[ ] Orange        [ ] Santa Barbara
[ ] Riverside     [ ] San Luis Obispo
[ ] San Bernardino [ ] Other

Citation of Offense: 18 USC 1349, 1028A, 3147

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[ ] No  [✓] Yes
If "Yes," Case Number: CR 18-834-AB

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:
  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): US v. Jeffrey Yohai, CR 18-11-AB

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**
A complaint/CVB citation was previously filed on: 10/17/2018
Case Number: 18-2749M
Assigned Judge: NA
Charging: 18 USC 1349, 1028A, 3147
The complaint/CVB citation:
[ ] is still pending
[✓] was dismissed on: March 14, 2019

**PREVIOUS COUNSEL**
Was defendant previously represented?  [✓] No  [ ] Yes
IF YES, provide Name: Hilary Potashner, Public Defender
Phone Number: 213-894-4453

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No
*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

IS THIS A NEW DEFENDANT?  [ ] Yes  [ ] No
This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:

Case Number _____

The superseded case:
[ ] is still pending before Judge/Magistrate Judge _____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No
Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes  [ ] No
*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO
IF YES, list language and/or dialect:
_____

**OTHER**

☑ Male          ☐ Female
☑ U.S. Citizen  ☐ Alien
Alias Name(s) _____
_____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?             ☐ Yes   ☑ No
IF YES, should matter be sealed?     ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☑ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☐ Other _____
_____

**CUSTODY STATUS**

<u>Defendant is **not in custody**</u>:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is on bail or release from another district:
_____

<u>Defendant is **in custody**</u>:
a. Place of incarceration:   ☐ State   ☑ Federal
b. Name of Institution:   MDC
c. If Federal, U.S. Marshals Service Registration Number:
   75866-112
d. ☐ Solely on this charge. Date and time of arrest:
_____
e. On another conviction:   ☑ Yes   ☐ No
   IF YES:   ☐ State   ☑ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ____20   ____21   ____40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   05/02/2019

_Signature of Assistant U.S. Attorney_
Andrew Brown (x0102, 11th Floor)
Print Name